2120 - Served         2121 - Served
2220 - Not Served      2221 - Not Served
2320 - Served By Mail    2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
SUMMONS           ALIAS - SUMMONS

2016L0040(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW          DIVISION

No. _____

United Parcel Service, Inc.

c/o Illinois Corporation Service Company

801 Adlai Stevenson Dr., Springfield, IL 62703

WILLIAM HONEYCUTT

              **(Name all parties)**

v.

UNITED PARCEL SERVICE, INC.

### ◉ SUMMONS ◯ ALIAS SUMMONS

**To each Defendant:**

     YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

◉   **Richard J. Daley Center, 50 W. Washington, Room** 801 _____, **Chicago, Illinois 60602**

◯   **District 2 - Skokie**         ◯   **District 3 - Rolling Meadows**     ◯   **District 4 - Maywood**
      5600 Old Orchard Rd.            2121 Euclid                         1500 Maybrook Ave.
      Skokie, IL 60077               Rolling Meadows, IL 60008       Maywood, IL 60153

◯   **District 5 - Bridgeview**      ◯   **District 6 - Markham**            ◯   **Child Support**
      10220 S. 76th Ave.             16501 S. Kedzie Pkwy.          28 North Clark St., Room 200
      Bridgeview, IL 60455           Markham, IL 60428            Chicago, Illinois 60602

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

     This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 59509

Name: McCallister Law Group, LLC

Atty. for: Plaintiff

Address: 120 N. LaSalle St., Suite 2800

City/State/Zip: Chicago, Illinois 60602

Telephone: (312) 345-0611 - mem@mccallisterlawgroup.com

WITNESS, DOROTHY BROWN
CLERK OF CIRCUIT COURT

_____ , _____

_____ Clerk of Court

Date of Service: _____ APR 22 2016
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

                                       **(Area Code)    (Facsimile Telephone Number)**

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS


EXHIBIT A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

WILLIAM E. HONEYCUTT,      )      2016L004069
                                  )      CALENDAR/ROOM D
            **Plaintiff,**     )      TIME 00:00
                                  )      PI Motor Vehicle
**v.**                            )  Case No:
                                    )
**UNITED PARCEL SERICE, INC.,**   )      **COMPLAINT**
                                    )      **Jury Trial Demanded**
            **Defendant,**    )
                                    )

## COMPLAINT AT LAW

Plaintiff, WILLIAM E. HONEYCUTT, by and through his attorneys McCALLISTER

LAW GROUP, LLC, and complaining of the defendant, UNITED PARCEL SERVICE, INC.

(hereinafter "UPS") states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1.    The plaintiff, William E. Honeycutt, at all times relevant hereto was a resident of

Galesburg, Illinois.

2.    On April 24, 2014, and at all times relevant hereto, defendant UPS is and was a

Delaware Corporation registered and licensed to do business in the State of Illinois, and was

doing business in the State of Illinois, including Cook County. Defendant UPS maintains its

principal place of business in the State of Georgia. At all times relevant, UPS was in the

business of providing extensive transportation-shipping services in cities and states across the

United States of America. UPS transacts regular and systematic business in the State of Illinois,

and it maintains a registered agent and registered office for service of process, Illinois

Corporation Service Co., 801 Adlai Stevenson Drive, Springfield, Illinois 62703. Further,

defendant UPS' contacts with Illinois as a result of its business are substantial and continuous, such that the exercise of personal jurisdiction over defendant UPS under 735 ILCS 5/2-209 is fair, just and appropriate.

## FACTUAL ALLEGATIONS

3.    On April 24, 2014, and at all times relevant hereto, U.S. Highway 12 was a public highway traveling in a generally East/West direction at or near its intersection with Michigan Avenue in Orofino, Idaho.

4.    On April 24, 2014, and at all times relevant hereto, Michigan Avenue was a public roadway traveling in a generally North/South direction at or near where it meets U.S. Highway 12 in Orofino, Idaho. Michigan Avenue dead ends into U.S. Highway 12, creating a "T" intersection.

5.    At the time and place aforementioned, Chad Reitmeier was driving a box truck owned, leased and/or operated by defendant UPS in a westerly direction on U.S. Highway 12. The box truck operated by Chad Reitmeier was a 2009 WRKH UPS Delivery Truck with license plate FL3535 and VIN No. 5B4JPD28893438437.

6.    At the time and place aforementioned, the plaintiff was stopped in the left-hand turn lane for U.S. Highway 12, facing in an easterly direction, waiting to turn left onto northbound Michigan Ave. The plaintiff was operating a 2001 KW Boom Truck with the license plate number 26829 and VIN No. 1NKDL69X41J882893.

7.    At the "T" intersection, U.S. Highway 12 is divided into approximately four (4) lanes. Lanes of traffic are identified for turning vehicles and through traffic. At that location, the speed limit for traffic traveling upon U.S. Highway 12 was 50 m.p.h.

2

8.     At all times relevant, Chad Reitmeier was the agent, servant, and employee of defendant UPS, which was engaged in the business of providing transportation-shipping services and hauling goods by truck in Idaho, Illinois and other states throughout the United States. As a result, UPS is responsible and liable to the plaintiff for the acts and omissions of Chad Reitmeier while he was acting within the scope of his employment or agency under the doctrine of *respondeat superior*.

9.     On April 24, 2014, at approximately 5:45 p.m., Chad Reitmeier turned the steering wheel of his UPS Delivery Truck in such a manner to cause it to collide with the front end of the Boom Truck operated by the plaintiff.

## COUNT I

### (*Respondeat Superior* – Vicarious Liability - United Parcel Service, Inc.)

10.     Defendant UPS, by and through its agent, servant and employee Chad Reitmeier, had a legal duty to the plaintiff to exercise reasonable care in the operation of its truck and to comply with all applicable motor vehicle laws and regulations applicable to its activities, as well as applicable industry practices and standards.

11.     Defendant UPS, by and through its agent, servant and employee Chad Reitmeier, breached its duty of care to the plaintiff and was thereby negligent in one or more of the following respects:

    a.  Operated its delivery truck at a speed that was too fast for the traffic conditions present on U.S. Highway 12;

    b.  Operated its delivery truck in a manner that caused it to leave its lane of travel;

    c.  Failed to keep a proper look out for other drivers on the public roadway;

3

d. Failed to operate its delivery truck in a manner to avoid an impact with the plaintiff's vehicle;

e. Failed to reduce the speed of its delivery truck to an appropriate speed in advance of entering the intersection with Michigan Avenue;

f. Operated its delivery truck in a careless and reckless manner; and

g. Engaged in other acts or omissions not presently known to Plaintiff that were careless, negligent, and in violation of UPS' duties of reasonable care and other provisions of the Federal Motor Carrier Safety Regulations which may be determined upon further investigation and discovery.

12. As a direct and proximate result of one or more of UPS' foregoing negligent acts or omissions, by and through its agent, servant and employee Chad Reitmeier, plaintiff suffered permanent and lasting injuries of a personal and pecuniary nature, including but not limited to past and future pain, suffering, and loss of enjoyment of life; he has suffered a loss of earnings; he has suffered permanent and lasting disability and has become obligated and paid for substantial medical expenses in the past and will incur medical expenses in the future.

**WHEREFORE**, plaintiff WILLIAM E. HONEYCUTT prays for this Court to enter judgment in his favor and against the defendant, UNITED PARCEL SERVICE, INC., in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus the costs of this suit, interest on the judgment, and for any and all further relief that the court may deem just and appropriate.

## COUNT II

### (Negligence – United Parcel Service, Inc.)

13. Plaintiff hereby incorporates by reference paragraphs 1 through 12 from Count I as paragraphs 1 through 12 of this Count II as if fully set forth herein.

4

14.     Defendant UPS had a legal duty to the plaintiff to exercise reasonable care and to comply with all motor vehicle laws and regulations applicable to their activities, as well as applicable industry practices and standards.

15.     Defendant UPS had a legal duty to the plaintiff to exercise reasonable care and/or the highest degree of care in hiring, retaining, entrusting, supervising, educating, training and instructing its drivers, including Chad Reitmeier, on the reasonable, safe operation of the vehicles in its delivery fleet.

16.     Defendant UPS breached its duty to the plaintiff and was thereby negligent in one or more of the following respects:

    a.   Failed to adequately educate, train, and instruct its driver Chad Reitmeier on the reasonable and safe operation of the UPS delivery truck identified in paragraph 7;

    b.   Failed to adequately educate, train and instruct its driver Chad Reitmeier on the method and manner for taking reasonably safe evasive action; and

    c.   By engaging in other acts or omissions that are not presently known to plaintiffs which were careless, negligent, and in violation of defendant's duties of reasonable care and other provisions of the Federal Motor Carrier Safety Regulations which may be determined upon further investigation and discovery.

17.     As a direct and proximate result of one or more of UPS' foregoing negligent acts or omissions, plaintiff suffered permanent and lasting injuries of a personal and pecuniary nature, including but not limited to past and future pain, suffering, and loss of enjoyment of life; he has suffered a loss of earnings; he has suffered permanent and lasting disability and has become obligated and paid for substantial medical expenses in the past and will incur medical expenses in the future.

5

**WHEREFORE**, plaintiff WILLIAM E. HONEYCUTT prays for this Court to enter judgment in his favor and against the defendant, UNITED PARCEL SERVICE, INC., in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus the costs of this suit, interest on the judgment, and for any and all further relief that the court may deem just and appropriate.

Dated: April 22, 2016

Respectfully submitted,

McCALLISTER LAW GROUP, LLC

Attorney for Plaintiff

Marc E. McCallister
McCALLISTER LAW GROUP, LLC
120 North LaSalle Street
Suite 2800
Chicago, Illinois 60602
312-345-0611.
Firm No. 59509

6



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

CHS / ALL
Transmittal Number: 15099822
Date Processed: 05/02/2016

| | |
|---|---|
| Primary Contact: | SOP UPS - United Parcel<br>SOP - PowerBrief - Wilmington<br>Sop - Scan<br>Suite 400 2711 Centerville Road<br>Wilmington, DE 19808 |
| Copy of transmittal only provided to: | Tiffany Taylor<br>Ms. Sonja Jackson<br>CSC Test<br>Sarah Moore<br>Bishop Martin<br>Jamilah Freeman |

| | |
|---|---|
| Entity: | United Parcel Service, Inc.<br>Entity ID Number 2551129 |
| Entity Served: | United Parcel Service, Inc. |
| Title of Action: | William E. Honeycutt vs. United Parcel Service, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Cook County Circuit Court, Illinois |
| Case/Reference No: | 2016L004069 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 05/02/2016 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Marc E. McCallister<br>312-345-0611 |
| Client Requested Information: | Matter Type: Other/NA |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



# Cook County
# Clerk of the Circuit Court
## Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

## Case Information Summary for Case Number
## 2016-L-004069

Filing Date: 4/22/2016     Case Type: PERSONAL INJURY(MOTOR VEHICLE)
Division: Law Division     District: First Municipal
Ad Damnum: $50000.00     Calendar: D

### Party Information

**Plaintiff(s)**       **Attorney(s)**

HONEYCUTT WILLIAM E       MCCALLISTER LAW GROUP LLC

120 N LASALLE2800

CHICAGO IL, 60602

(312) 345-0611

**Date of Service**       **Defendant(s)**       **Attorney(s)**

UNITED PARCEL SERVICE INC

### Case Activity

Activity Date: 4/22/2016       Participant: HONEYCUTT WILLIAM E

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED (JURY DEMAND)

Court Fee: 589.00       Attorney: MCCALLISTER LAW GROUP LLC
Ad Damnum Amount: 50000.00

Activity Date: 4/27/2016       Participant: HONEYCUTT WILLIAM

ELECTRONIC NOTICE SENT

Attorney: MCCALLISTER LAW GROUP LLC

Microfilm: LD000000000

Activity Date: 4/27/2016      Participant: HONEYCUTT WILLIAM E

### CASE MANAGEMENT DATE GENERATED

Date: 6/21/2016

Court Time: 1000

Activity Date: 5/9/2016      Participant: UNITED PARCEL SERVICE IN

### SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

Date: 5/2/2016

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search